UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re PHILLIP O. EMIABATA, <br><br> Appellant, <br><br> v. <br><br> SPECIALIZED LOAN SERVICING, LLC, and AVAIL 1 LLC, <br><br> Appellees. | CASE NO. C17-1752MJP <br><br> ORDER TO SHOW CAUSE |

  This appeal from the Bankruptcy Court was received on November 16, 2017. Dkt. No. 1. On November 30, 2017, Appellant was served with a Notice of Deficiency which identified the following deficiencies in Appellant's filings:

  1. Filing fee not paid.

  2. Appellant Designation of Record not filed.

  3. Appellant Statement of Issues not filed.

Dkt. No. 6.

ORDER TO SHOW CAUSE- 1

On December 18, 2017, Appellant filed with the Court a document entitled "Appellant Designation of Record on Appeal" which designated the dockets of certain other related cases for the appellate record, and included copies of those dockets as attachments. Dkt. No. 7.

To date, although Appellant has made a number of other filings with this Court, he has failed to (1) pay a filing fee or (2) file a Statement of Issues on Appeal. Wherefore,

IT IS ORDERED that Appellant is ordered to show cause why this matter should not be dismissed for the above-cited procedural deficiencies. Appellant must show cause by **April 13, 2018**, which he may do by correcting the above-cited deficiencies or filing a declaration under penalty of perjury concerning any good cause for his failure to do so.

The clerk is ordered to provide copies of this order to Appellant and to all counsel.

Dated this 30th day of March, 2018.

Marsha J. Pechman
United States District Judge