UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re PHILLIP O. EMIABATA, | CASE NO. C17-1752MJP |
| Appellant, | ORDER OF DISMISSAL |
| v. | |
| SPECIALIZED LOAN SERVICING, LLC, and AVAIL 1 LLC, | |
| Appellees. | |

This appeal from the Bankruptcy Court was received on November 16, 2017. Dkt. No. 1. On November 30, 2017, Appellant was served with a Notice of Deficiency which identified the following deficiencies in Appellant's filings:

1. Filing fee not paid.

2. Appellant Designation of Record not filed.

3. Appellant Statement of Issues not filed.

Dkt. No. 6.

On December 18, 2017, Appellant filed with the Court a document entitled "Appellant Designation of Record on Appeal" which designated the dockets of certain other related cases for the appellate record, and included copies of those dockets as attachments. Dkt. No. 7.

Although Appellant has made a number of other filings with this Court, he has failed to (1) pay a filing fee or (2) file a Statement of Issues on Appeal. On March 30, 2018, this Court issued an Order to Show Cause to Appellant, directing him to show cause by April 13, 2018 as to why this matter should not be dismissed for failure to correct the above-mentioned deficiencies.

As of this date, Appellant has failed to correct the deficiencies or present any other cause as to why the dismissal should not be entered. Wherefore,

IT IS ORDERED that the above-entitled mattered is DISMISSED without prejudice for Appellant's failure to pay a filing fee or file a Statement of Issues on Appeal as directed by this Court.

The clerk is ordered to provide copies of this order to Appellant and to all counsel.

Dated this 17th day of April, 2018.

Marsha J. Pechman
United States District Judge