UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILIP O. EMIABATA,

                    Appellant,

        v.

SPECIALIZED LOAN SERVING LLC, and
AVAIL 1 LLC,

                    Appellees.

CASE NO. C17-1752-MJP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Appellant submitted an application to proceed *in forma pauperis* (IFP). (Dkt. 36.) A review of that application and the identical content in an IFP application filed in a different case ten months earlier raises questions as to the accuracy and completeness of the information provided in regard to appellant's current financial status. (*Compare id.*, *with* Dkt. 3 in Case No. 17-1302-JLR.) It is not clear, for example, whether appellant's spouse continues to earn a monthly salary. (*See id.* (both applications indicate a current monthly salary of $1,200 and state "….Part time just started").) Nor are the details of appellant's monthly expenses or the sources and amounts of any income utilized to pay those expenses clear. (*See id.* (indicating expenses for "Housing, Utilities, having assistance" in the amount of "$0").) The Court is unable to

MINUTE ORDER
PAGE - 1

consider the application to proceed IFP.  Appellant must provide complete and detailed information as to his financial status, including any and all sources of money and an explanation as to how appellant and his spouse are able meet basic monthly expenses.  Appellant must complete, sign, and date a new IFP application and Written Consent for Payment of Costs on the form utilized and herein provided by this Court.  Appellant is directed to submit the new application, with current and complete information, within **twenty (20) days** of the date of this Minute Order.  Failure to comply may result in denial of the application to proceed IFP.

DATED this 22nd day of August, 2018.

WILLIAM M. MCCOOL, Clerk

By:     s/ Paula McNabb
Deputy Clerk