UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILIP O. EMIABATA,

                Appellant,

     v.

SPECIALIZED LOAN SERVING LLC, and
AVAIL 1 LLC,

                Appellees.

CASE NO. C17-1752-MJP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Appellant submitted an amended application to proceed *in forma pauperis* (IFP). (Dkt. 43.) His application remains deficient. Plaintiff continues to provide conflicting information regarding his spouse's employment. (*Id*. at 1 (indicating both that his wife is presently employed and earns $1,544.00 per month, and that she last worked June 4, 2018 and is now attending school).) He identifies zero monthly expenses for "housing, utilities, health care et al" and states only that he is "receiving assistance" in some unknown amount, from an unidentified source. (*Id*. at 2.) Elsewhere on the form, he denies receiving any financial assistance. (*Id*. at 1.) The Court is unable to consider the application to proceed IFP. Appellant must provide complete and detailed information as to his financial status, including any and all sources of money and

MINUTE ORDER
PAGE - 1

amounts received, and an explanation as to how appellant and his spouse meet their basic monthly expenses, including housing, utilities, food, health care, and any tuition for schooling. Appellant is directed to submit a new application, with current and complete information, within **twenty (20) days** of the date of this Minute Order.  Failure to comply may result in denial of the application to proceed IFP.

DATED this 10th day of September, 2018.

WILLIAM M. MCCOOL, Clerk

By: s/ Paula McNabb
Deputy Clerk