UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re PHILLIP O. EMIABATA,<br><br>　　　　　　Appellant,<br><br>　　v.<br><br>SPECIALIZED LOAN SERVICING, LLC, and AVAIL 1 LLC,<br><br>　　　　　　Appellees. | CASE NO. C17-1752MJP<br><br>ORDER ON MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL |

　　The above-entitled Court, having received and reviewed the Notice of Withdrawal and Substitution of Counsel filed by the attorneys for Appellee Avail 1 LLC (Dkt. No. 53), rules as follows:

　　IT IS ORDERED that the motion is GRANTED; Ms. McMahon-Myhran of Robinson Tait, P.S. is permitted to withdraw, and Lesley Lueke of Aldridge, Pite, LLP will be permitted to substitute in as counsel of record for Appellee.

　　The clerk is ordered to provide copies of this order to Appellant and to all counsel.

Dated this 25th day of October, 2018.

Marsha J. Pechman
United States District Judge