UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re PHILLIP O. EMIABATA,<br><br>                     Appellant,<br><br>   v.<br><br>SPECIALIZED LOAN SERVICING, LLC, and AVAIL 1 LLC,<br><br>                     Appellees. | CASE NO. C17-1752MJP<br><br>ORDER DENYING IFP ON APPEAL |

On February 21, 2019, this Court entered an order dismissing the above-entitled matter for failure to prosecute. (Dkt. No. 65.) Appellant had been given an opportunity to present the substantive merits of his appeal from the decision of the Bankruptcy Court. Despite having been given an extension of time to file his opening brief (Dkt. No. 57), Appellant chose instead to file a series of frivolous procedural motions (*see* Dkt. Nos. 59, 62, and 63). The deadline for filing his opening appellate brief lapsed, leaving the Court with no alternative but to terminate his lawsuit.

On March 27, 2019, Appellant filed a Notice of Appeal to the Ninth Circuit (Dkt. No. 69), along with a Motion In Forma Pauperis (Dkt. No. 70) requesting to be allowed to continue his IFP status while prosecuting his appeal. In that motion, he cites FRAP 24(a)(3) as grounds for granting the motion. FRAP 24(a)(3) ("Proceeding In Forma Pauperis/Leave to Proceed In Forma Pauperis") states that, if the party was granted IFP status in district court (which Appellant was) he may proceed on appeal IFP *unless* "the district court -- before or after the notice of appeal is filed -- certifies that the appeal is not taken in good faith." FRAP 24(a)(3)(A).

It is the finding of this Court that this appeal is not taken in good faith. Given repeated opportunities to present the substantive merits of his case, Appellant opted time and again to avoid presentation of the legal merits of his appeal in favor of a string of procedural red herrings which appeared calculated solely to prolong the day when the substance of his case would finally be evaluated.

This Court hereby certifies that the appeal of this matter is not taken in good faith, and the motion to be granted IFP status on appeal is DENIED.

In accordance with FRAP 24(a)(4), the clerk is ordered to provide copies of this order to Appellant (by mail, return receipt requested) and to the Ninth Circuit Court of Appeals.

The clerk is ordered to provide copies of this order to Appellant and to all counsel.

Dated this 2nd day of April, 2018.

Marsha J. Pechman
United States District Judge